**No. 25-616**

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

IN RE: PETITION OF THE CENTER FOR INVESTIGATIVE REPORTING TO UNSEAL DOCKET AND JUDICIAL RECORDS

UNITED STATES OF AMERICA,
            Respondent-Appellee,

            v.

CENTER FOR INVESTIGATIVE REPORTING,
            Intervenor-Appellant,

            v.

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE INTERCEPTION OF WIRE COMMUNICATIONS.

---

**GOVERNMENT-APPELLEE'S MOTION TO FILE VOLUME II OF ITS SUPPLEMENTAL EXCERPTS OF RECORD *EX PARTE* AND UNDER SEAL**

Plaintiff-Appellee United States of America moves to maintain under seal and ex parte the documents included in Volume II of the Government's Supplemental Excerpts of Record (SER). The materials included in Volume II are the under seal wiretap materials that were reviewed in camera by the district court and are the subject of the above-entitled appeal.  This motion is made pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27-13(e). The basis

for this motion is that the documents in the sealed Volume II of the government's SER are wiretap materials that were sealed by the district court pursuant to 18 U.S.C. § 2518(8)(d). The documents should remain under seal and *ex parte* as required by the statute and for all the reasons detailed in the Appellee's Answering Brief.

## CONCLUSION

For these reasons, the Court should grant the motion to maintain under seal the documents included in Volume II of the Government's SER.

Dated: September 9, 2025                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

MERRY JEAN CHAN
Chief, Appellate Section, Criminal Division

*s/Maya Karwande*
MAYA KARWANDE
Assistant United States Attorney

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA